IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MATTHEW CLINE,<br><br>        Plaintiff,<br>v.<br><br>CHASE MANHATTAN BANK USA,<br>NATIONAL ASSOCIATION,<br><br>        Defendant.<br><br>CHASE MANHATTAN BANK USA,<br>NATIONAL ASSOCIATION,<br><br>        Counterclaimaint,<br>v.<br><br>MATTHEW CLINE,<br><br>        Counter-Defendant. | ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br>Case No. 2:07CV650 DAK |

      On August 19, 2008, the Magistrate Judge assigned to this case issued a Report and Recommendation, recommending that (1) Defendant's motion to strike Plaintiff's affidavits be granted; (2) Defendant's motion for summary judgment be granted; and (3) Defendant's motion to confirm the arbitration award be granted. No objection to the Report and Recommendation has been received, and the time for objecting has now expired.

      The court has reviewed the file *de novo*, and hereby APPROVES AND ADOPTS the

Magistrate Judge's Report and Recommendation in its entirety. Defendant's motion to strike Plaintiff's affidavits [docket # 43] is GRANTED; (2) Defendant's motion for summary judgment [docket #29] is GRANTED; and (3) Defendant's motion to confirm the arbitration award [docket # 30] is GRANTED. Accordingly, this action is dismissed with prejudice, and the Clerk of Court is directed to enter judgment against Matthew Cline and in favor of Chase Bank USA, N.A. in the amount of $7,053.65, plus interest, costs, and attorneys fees, as provided by law.

DATED this 11th day of September, 2008.

BY THE COURT:

*[signature: Dale A. Kimball]*

DALE A. KIMBALL
United States District Judge